IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-712-FL

| | |
|---|---|
| BREANA R. LASSITER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) ORDER<br>MICHAEL J. ASTRUE, )<br>  Commissioner of )<br>  Social Security )<br>)<br>Defendant. )<br>_____ ) | |

Good cause having been shown, the Court remands this case to the Commissioner for further proceedings pursuant to the Social Security Act, sentence six of 42 U.S.C. §§ 405(g) and 1383(c)(3).

SO ORDERED, this the 14th day of January 2013.

_____
LOUISE W. FLANAGAN
United States District Judge